IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| TAIGUK GREEN-TECH. COMPANY, LTD., | |
| Plaintiff, | CIVIL CASE NO. 13-00007 |
| vs. | **ORDER** |
| G.K.I. CORPORATION and DONGILL KIM, | |
| Defendants. | |

The court is in receipt of Plaintiff's Notice of Voluntary Dismissal (ECF No. 19). The court will construe this as a notice filed pursuant to FED. R. CIV. P. 41(a)(1)(A).[1] Pursuant to Rule 41, the action is dismissed without prejudice and without action by the court.

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood
　Chief Judge
Dated: Nov 23, 2015**

---

[1] In the Notice, Plaintiff cites to FED. R. CIV. P. 42, which pertains to consolidations and separate trials.

1